1  Jack Russo (Cal. Bar No. 96068)
   COMPUTERLAW GROUP LLP
2  401 Florence Street
   Palo Alto, CA 94301
3  (650) 327-9800 office
   jrusso@computerlaw.com
4
   Attorney for Defendant
5  and Counterclaimant
   MPH International LLC
6

7                UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10

11 | **SUPPORT COMMUNITY, INC.**, a Delaware Corporation, | **DEFENDANT AND COUNTERCLAIMANT'S RULE 7-11 ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS (WITH RULE 79-5 SEALING REQUEST)** |
12 |  | |
13 | Plaintiff, | |
14 | v. | |
15 | **MPH INTERNATIONAL LLC,** a Nevada Limited Liability Company, DOES 1 through 25, inclusive, | Complaint Filed: January 12, 2023 |
16 |  | Trial Date: September 14, 2026 |
17 | Defendants, | Motion Hearing Date: September 26, 2025 |
18 | **MPH INTERANTIONAL LLC,** a Nevada Limited Liability Company, | |
19 |  | |
20 | Counterclaimant, | |
21 | v. | |
22 | **SUPPORT COMMUNITY, INC.,** a Delaware Corporation, DOES 1 through 25, inclusive, | |
23 |  | |
24 | Counter-Defendants. | |

25

26

27

28 **RULE 7-11 ADMIN. MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS (WITH RULE 79-5 SEALING REQUEST)**                                  Case No.23-CIV-04911-JSW

1  Defendant and Counterclaimant MPH International LLC ("MPH"), through undersigned
2  counsel Jack Russo, respectfully moves pursuant to Civil Local Rule 7-11 for leave to file two
3  supplemental declarations in response to the Court's September 11, 2025 Order to Show Cause
4  (Dkt. No. 86):

5     1. Supplemental Declaration of Attorney Jack Russo (accepting responsibility, detailing
6        remedial steps, and associated facts), a copy of which is attached to this Motion as
7        Exhibit 1; and

8     2. Declaration of Paralegal Linyan Tian, submitted under seal, explaining the limited
9        context regarding her late disclosure of medical information that contributed to her failure
10       to complete the assigned cite-checking tasks, a copy of which is attached to the
11       accompany Motion to Seal as Exhibit 1.

**Basis for Motion**

- The OSC requires counsel to explain how the Rule 11 violation occurred and what remedial measures have been taken. These supplemental declarations provide the Court with full, accurate information to evaluate responsibility and deterrence.

- Filing the Tian Declaration under seal is necessary to protect highly sensitive medical information. Civil L.R. 79-5 permits sealing upon a showing of compelling reasons narrowly tailored to protect confidentiality. A separate Civil Rule L.R. 79-5 motion is being made concurrently with this motion.

**Meet-and-Confer**

Pursuant to Civil L.R. 7-11(a), counsel conferred with Plaintiff's counsel, Mr. Gregory Sedlik, by email on September 16, 2025, requesting stipulation to the filing of these declarations and to the limited sealing request. Plaintiff's counsel responded with a letter dated September 17, 2025, refusing to stipulate to the filing of these declarations. *See* accompanying Declaration of Jack Russo Regarding Meet and Confer, ¶¶ 3-4 and Exh. 1.

**Relief Requested**

Defendant respectfully requests that the Court:

Computerlaw Group LLP
www.computerlaw.com℠

1. Grant leave to file the Supplemental Declaration of Attorney Jack Russo;

2. Grant leave to file the Declaration of Linyan Tian; and

3. Permit the filing of the Tian declaration and attached exhibit under seal pursuant to Civil L.R. 79-5.

Dated: September 19, 2025

                                          Respectfully submitted,

                                        /s/ Jack Russo
                                        Jack Russo
                                        Computerlaw Group LLP

                                        Attorneys for Defendant and Counterclaimant MPH International LLC