Jack Russo (Cal. Bar No. 96068)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800 office
jrusso@computerlaw.com

Attorney for Defendant
and Counterclaimant
MPH International LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SUPPORT COMMUNITY, INC.**, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MPH INTERNATIONAL LLC,** a Nevada Limited Liability Company, DOES 1 through 25, inclusive,<br><br>Defendants, | **SUPPLEMENTAL DECLARATION OF JACK RUSSO IN RESPONSE TO ORDER TO SHOW CAUSE (RULE 11)**<br><br>Complaint Filed: January 12, 2023<br>Trial Date: September 14, 2026<br><br>Motion Hearing Date: September 12, 2025 |
| **MPH INTERANTIONAL LLC,** a Nevada Limited Liability Company,<br><br>Counterclaimant,<br><br>v.<br><br>**SUPPORT COMMUNITY, INC.,** a Delaware Corporation, DOES 1 through 25, inclusive,<br><br>Counter-Defendants. | |

**SUPPLEMENTAL DECLARATION OF JACK RUSSO IN RESPONSE TO ORDER TO SHOW CAUSE (RULE 11)**                                                                    Case No.23-CIV-04911-JSW

*Computerlaw Group LLP*
*www.computerlaw.com*<sup>sm</sup>

I, Jack Russo, declare under penalty of perjury, as follows:

**BACKGROUND AND QUALIFICATIONS**

1. I am an attorney licensed to practice law in the State of California (Bar No. 96068) and am admitted to practice before this Court. I am counsel of record for Defendant and Counterclaimant MPH International LLC in this action and have been practicing law for over 45 years. I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would testify competently thereto, except for those based upon information and belief, which are so stated.

2. I submit this supplemental declaration in response to the Court's September 11, 2025 Order (Dkt. No. 86) converting the summary-judgment hearing to a Rule 11 show-cause hearing and setting forth the Court's tentative views regarding sanctions, refiling, fee-shifting, and State Bar/CLE requirements. I submit this declaration to accept and confirm my sole responsibility, to demonstrate concrete remediation, and to assure the Court this was a "Black Swan" (aberration) event in my practice that will not recur.

3. I request the Court to consider me the sole party responsible for this unfortunate situation and shield my client MPH International LLC from all sanctions and ramifcations that result from my failure.

4. I have carefully reviewed the Court's Order, including its application of Rule 11(b)(2)'s objective standard, the recent decisions addressing undisclosed or inadequately verified AI-assisted briefing, and the Court's tentative inclination to permit withdrawal and refiling with mistaken citations excised.

5. I actually had Covid-19 and reacted to a bee sting at my left eye (my spouse said I "could not see straight") but accept full responsibility for the filing at issue. I failed to exercise sufficient supervision and final verification before signing and filing the motion, which is my non-delegable duty under Rule 11. This acceptance of responsibility is categorical and not conditioned on anyone else's conduct. In particular,

SUPPLEMENTAL DECLARATION OF JACK
RUSSO IN RESPONSE TO ORDER TO SHOW
CAUSE (RULE 11)                                          1                        Case No.23-CIV-04911-JSW

no other lawyer in my firm bears any responsibility nor should any of them be sanctioned, directly or indirectly.

6. That said, I respectfully accept and acknowledge the Court's findings that some sanctions are warranted and I want to express here what could be a better idea for sanctions, namely in lieu of money, I give at least 7 presentations to the 7 different state bars that I am a member in good standing of continuously and without a single blemish on my record. This is probably 100 hours or more of work for me but it will potentially benefit 100s if not 1000s of other lawyers nationally. It will do far more to help the federal courts and will provide others with much heart-felt guidance.

7. I also accept and acknowledge the Court's tentative approach allowing refiling of the motion with all mistaken authorities excised, consistent with Exhibit G previously submitted, and maintaining the existing ruling on evidentiary sanctions. I will comply fully with any such parameters and with any fee-shifting the Court deems appropriate post-discovery of the issue.

8. By way of limited context (again, not to diminish my responsibility): my regular associate attorney (who ordinarily performs a redundant cite-validation pass) was unexpectedly ill and unavailable the week of filing. Because I had no awareness of what turned out to be MULTIPLE SIMULTANEOUS ILLNESSES considering me and my staff, I relied on my long-serving paralegal (whose statement was independently submitted to the court), to run the cite-check workflow we have used reliably across many filings. Given my particular personal medical situation, I made the mistake of not personally re-confirming each citation before filing. That was an error in judgment and supervision, and I own it.

9. This was all a Black-Swan/Aberration nightmare, and I feel shame and remorse and have lost many hours of sleep analyzing missed steps and unintended repercussions for my client and staff. These events suggest my legal career (a work span of 45 unblemished years) may well be coming to an early end 5 years before I make it to the expected 50th year mark. During this period, and especially in recent years, I have given over 500 pro bono hours collectively each year across 7 active bar memberships. This event casts a very disappointing

Computerlaw Group LLP
www.computerlaw.com℠

shadow on my next phase. I planned to devote most of the rest of my time to pro bono legal matters and the non-profit foundation for creative dispute resolution that I founded. I don't know if that will be possible given the sanctions that result from this occurrence.

10. In more than 45 years of practice, including numerous complex IP matters in state and federal courts, I have not previously erroneously filed a brief containing non-existent authorities or fabricated quotations. Our reply brief in this case—which was finalized after the issue came to light—was fully cite-validated. This incident was a "perfect storm" or Black Swan aberration in my practice and procedures, and not at all a pattern or practice.

11. Prospective compliance is 100% guaranteed by me personally: If the Court permits withdrawal and refiling, I will submit a cleansed motion omitting every mistaken quotation, limited strictly to authorities I have personally read and verified, and I will lodge a short "Rule 11 Verification Statement" detailing the steps taken, that will include the certification of the following:

- Every legal authority cited in the revised motion has been personally retrieved from an official source (Westlaw, Lexis, or court PDF) and read by me.
- Every quotation is verified against the reporter text.
- Every pincite corresponds to a page I personally confirmed supports the proposition for which it is cited.
- A "Sources & Pins" table has been created for this motion and preserved in the case file.
- A second independent validation was performed by another staff member using the firm's checklist approach.
- No generative AI output is included in this motion unless independently validated as described above.

SUPPLEMENTAL DECLARATION OF JACK
RUSSO IN RESPONSE TO ORDER TO SHOW
CAUSE (RULE 11)                             3                        Case No.23-CIV-04911-JSW

12. If the Court disagrees with my alternative remedial approach, I will of course pay any fee-shifting the Court orders, personally complete (and then teach internally) any and all CLE requirements, and self-report to the State Bars if the final sanctions order so directs or the law requires. For the record, I have already this year completed over 50 hours of CLEs including many about AI and technology as shown in Exhibit A.

13. Sensitive staff information was only very recently revealed to me in a confidential fashion. More particularly, after the Court issued its Order, my most experienced paralegal discreetly and voluntarily disclosed certain of her confidential health information that bears on why the internal cite-check failed during a period of high stress. I do not offer this to mitigate my own personal responsibility. I raise it only to explain why I request leave (if the Court considers it useful) to lodge a limited, under-seal, individual declaration from her, with appropriate privacy protections for her and her medical doctors.

14. Consistent with the Court's tentative views and the principle that sanctions be no more than necessary to deter repetition, I respectfully ask the Court to adopt the suggested remedial approach above because it will provide a social good far greater and Plaintiff can recover its fees and costs directly or through offsets at the end of this case given the prevailing party fee provision in the parties' written Agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 19, 2025

/s/ Jack Russo

Jack Russo

SUPPLEMENTAL DECLARATION OF JACK RUSSO IN RESPONSE TO ORDER TO SHOW CAUSE (RULE 11)    4    Case No.23-CIV-04911-JSW

# Exhibit A

# My CLE Summary

**Select a State to view your CLE Summary in other jurisdictions. More jurisdictions will be available soon.**

California

Complete your CLEs by **03/29/2026**. Your reporting group is **Group 3 (N-Z)** and your next reporting deadline is **03/30/2026**.

**100%**
**Total progress** (25/25)

**100%**
**Legal Ethics** (4/4)

**100%**
**Competence** (2/2)

**100%**
**Elimination of Bias** (1/1)

**100%**
**Implicit Bias** (1/1)

**100%**
**Technology** (1/1)

**100%**
**Civility** (1/1)