| | |
|---|---|
| 1 | Jack Russo (Cal. Bar No. 96068) |
|   | COMPUTERLAW GROUP LLP |
| 2 | 401 Florence Street |
|   | Palo Alto, CA 94301 |
| 3 | (650) 327-9800 office |
|   | jrusso@computerlaw.com |
| 4 | |
| 5 | Attorney for Defendant |
|   | and Counterclaimant |
|   | MPH International LLC |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SUPPORT COMMUNITY, INC.**, a Delaware Corporation, | **SUPPLEMENTAL DECLARATION OF JACK RUSSO REGARDING MEET AND CONFER IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT'S L.R. 7-11 MOTION** |
| Plaintiff, | |
| v. | |
| **MPH INTERNATIONAL LLC,** a Nevada Limited Liability Company, DOES 1 through 25, inclusive, | Complaint Filed: January 12, 2023 |
| | Trial Date: September 14, 2026 |
| Defendants, | Motion Hearing Date: September 26, 2025 |
| **MPH INTERANTIONAL LLC,** a Nevada Limited Liability Company, | |
| Counterclaimant, | |
| v. | |
| **SUPPORT COMMUNITY, INC.,** a Delaware Corporation, DOES 1 through 25, inclusive, | |
| Counter-Defendants. | |

**SUPPLEMENTAL DECLARATION OF JACK RUSSO RE MEET AND CONFER**                                      Case No.23-CIV-04911-JSW

I, Jack Russo, declare under penalty of perjury, as follows:

1. I am counsel of record for Defendant and Counterclaimant MPH International LLC.

2. On September 16, 2025, I had my paralegal, Linyan Tian, send an email to Plaintiff's counsel, Mr. Sedlik, attaching drafts of the proposed Supplemental Declarations of myself and of Ms. Tian, together with a draft of the proposed sealing motion, with a letter asking him to stipulate.

3. In that letter, I requested that Plaintiff stipulate to (a) the filing of the supplemental declarations, and (b) the sealing of Ms. Tian's declaration pursuant to Civil L.R. 79-5.

4. On September 17, 2025, I received an emailed letter from Mr. Sedlik, refusing to stipulate to the filing of either declaration. A true and correct copy of this letter is attached hereto as Exhibit. 1.

5. Accordingly, I file this Administrative Motion under Civil L.R. 7-11 and 79-5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 19, 2025

/s/ Jack Russo
Jack Russo