| | |
|---|---|
| 1 | Jack Russo (Cal. Bar No. 96068) |
| | COMPUTERLAW GROUP LLP |
| 2 | 401 Florence Street |
| | Palo Alto, CA 94301 |
| 3 | (650) 327-9800 office |
| | jrusso@computerlaw.com |
| 4 | |
| 5 | Attorney for Defendant and Counterclaimant |
| 6 | MPH International LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SUPPORT COMMUNITY, INC.**, a Delaware Corporation, | **MPH's ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIV. L.R. 79-5)** |
| Plaintiff, | Complaint Filed: January 12, 2023 |
| v. | Trial Date: September 14, 2026 |
| **MPH INTERNATIONAL LLC,** a Nevada Limited Liability Company, DOES 1 through 25, inclusive, | Motion Hearing Date: September 26, 2025 |
| Defendants, | |
| **MPH INTERANTIONAL LLC,** a Nevada Limited Liability Company, | |
| Counterclaimant, | |
| v. | |
| **SUPPORT COMMUNITY, INC.,** a Delaware Corporation, DOES 1 through 25, inclusive, | |
| Counter-Defendants. | |

Computerlaw Group LLP
www.computerlaw.com sm

1   Defendant and Counterclaimant MPH International moves for leave to file under seal the Declaration of Linyan Tian and Exhibits A and B thereto. The declaration and exhibit are attached hereto as Exhibit 1.

   1. The Declaration contains sensitive personal medical information.

   2. Compelling reasons exist to seal this information: disclosure would infringe on Ms. Tian's privacy and could subject her to stigma or discrimination, while the Court can still assess the circumstances from the sealed filing.

   3. The request is narrowly tailored: only the declaration and Exhibits A and B thereto are proposed to be sealed. The public docket will reflect that a sealed declaration was filed, without revealing private health details. *See* accompanying Declaration of Jack Russo in Support of Administrative Motion To File Declaration of Linyan Tian Under Seal.

   WHEREFORE, Defendant respectfully requests that the Court permit the filing under seal of the associated Declaration of Linyan Tian and Exhibits A and B.

   Dated: September 19, 2025

Respectfully submitted,

/s/ Jack Russo
Jack Russo
Computerlaw Group LLP

Attorneys for Defendant and Counterclaimant
MPH International LLC