Jack Russo (Cal. Bar No. 96068)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800 office
jrusso@computerlaw.com

Attorney for Defendant
and Counterclaimant
MPH International LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**SUPPORT COMMUNITY, INC.**, a Delaware Corporation,

Plaintiff,

v.

**MPH INTERNATIONAL LLC,** a Nevada Limited Liability Company, DOES 1 through 25, inclusive,

Defendants,

---

**MPH INTERANTIONAL LLC,** a Nevada Limited Liability Company,

Counterclaimant,

v.

**SUPPORT COMMUNITY, INC.,** a Delaware Corporation, DOES 1 through 25, inclusive,

Counter-Defendants.

**DECLARATION OF JACK RUSSO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DECLARATION OF LINYAN TIAN UNDER SEAL (Civil Local Rule 79-5)**

Complaint Filed: January 12, 2023
Trial Date: September 14, 2026

Motion Hearing Date: September 26, 2025

I, Jack Russo, declare under penalty of perjury:

1. I am counsel of record for Defendant MPH International LLC in this action. I submit this declaration in support of the Administrative Motion to File Under Seal the Declaration of Linyan Tian ("Tian Declaration") and Exhibits A and B thereto (collectively, "Tian Materials").

2. The Tian Materials contain sensitive and personal medical health information, and an explanation of how these conditions (and treatment) may affect memory and functioning under periods of high stress. These details are not otherwise publicly known.

3. Such medical information is inherently private. Public disclosure could subject Ms. Tian to stigma, discrimination, or professional harm.

4. Sealing the Tian Materials is necessary in order for the Court to have the full context of how the citation-checking failure occurred. However, it is not necessary for the public record to reflect intimate medical details. Thus, the request is narrowly tailored to only seal the Tian Declaration and Exhibits A and B; all other material in the record will remain public and redactions will be used where appropriate.

5. I have reviewed Civil L.R. 79-5, including its requirement of compelling reasons to seal and narrow tailoring. I believe that compelling reasons exist in this case.

6. The public interest in transparency is served by public versions of Defendant's filings, including its response to the OSC and the Russo supplemental declaration. Those filings will include sufficient factual context without disclosing Ms. Tian's private health information. Any reference to Ms. Tian's condition in public filings will be minimal, general, and redacted to avoid revealing specifics.

7. I make this request only to protect Ms. Tian's privacy and dignity. The sealing of these documents will not prejudice any party.

8. For these reasons, I respectfully request that the Court grant leave to file the Tian Declaration and Exhibits A and B under seal.

Computerlaw Group LLP
www.computerlaw.com[sm]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 19, 2025

/s/ Jack Russo

Jack Russo

**Computerlaw Group LLP**
www.computerlaw.com[sm]