UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: September 26, 2025　　　　　　　　**TIME IN COURT**: 34 Minutes

**JUDGE**: JEFFREY S. WHITE　　　　　　　**COURT REPORTER**: Lee-Anne Shortridge

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: 23-cv-04911-JSW

**TITLE**: Support Community, Inc. v. MPH International LLC

**COUNSEL FOR PLAINTIFF**:　　　　　　**COUNSEL FOR DEFENDANT**:
Gary Sedlik　　　　　　　　　　　　　　Jack Russo

**PROCEEDINGS**: Order to Show Cause Hearing – HELD.

**RESULTS**: Matter is argued and submitted.

The Court takes the matter under submission. A written decision will be issued.