Gary S. Sedlik, Esq. (CA Bar No. 181192)
SEDLIKGROUP, P.C.
124 Marine Ave. (Mailing - P.O. Box 3238)
Manhattan Beach, CA 90266
Phone: (310) 439-9986
Email: gary@sedlikgroup.com

Attorneys for Plaintiff and Counterclaim Defendant
Support Community, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUPPORT COMMUNITY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MPH INTERNATIONAL LLC, a Nevada Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants<br><br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-04911-JSW<br><br>Before the Hon. Jeffrey S. White, U.S. District Judge<br><br>**DECLARATION OF GARY S. SEDLIK RE: COURT-ORDERED SANCTIONS FILED EX PARTE AND UNDER SEAL PURSUANT TO COURT'S "ORDER GRANTING MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AND IMPOSING SANCTIONS" [DOCKET #97]**<br><br>Trial date: September 14, 2026<br><br>Redacted Version for Pubic Filing |

This declaration is filed ex parte and under seal pursuant to this Court's "ORDER GRANTING MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AND IMPOSING SANCTIONS," dated October 6, 2025 [Docket #97] ("Sanctions Order"). In its Sanctions Order, the Court stated: "The Court will award Plaintiff reasonable attorneys' fees and costs for work done after the opposition was filed. By October 27, 2025, Mr. Sedlik shall submit a declaration with time records for that work, and he may file the time records ex parte and under seal." Sanctions Order at 3:11-14.

## **DECLARATION OF GARY S. SEDLIK**

I, Gary S. Sedlik, state and declare as follows:

1.      I am an attorney at SedlikGroup, P.C., and am counsel of record for Plaintiff and Counterclaim Defendant Support Community, Inc. ("SC") in this action.

2.      I have personal knowledge of the matters stated herein, except where stated based on information and belief. If called as a witness, I would and could testify competently thereto.

3.      I submit this declaration pursuant to the Court's October 6, 2025 "ORDER GRANTING MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AND IMPOSING SANCTIONS" [Docket 97] ("Sanctions Order").

4.      In the Sanctions Order, the Court found that Jack Russo of ComputerLaw Group LLP, counsel for Defendant and Counterclaimant MPH International LLC ("MPH"), violated FRCP Rule 11 by using Generative AI to draft MPH's "Corrected Motion for Evidentiary Sanctions and for Summary Judgment Under FRCP Federal Rule 56" ("Corrected MSJ") [Docket #63], filed with this Court on June 17, 2025 "without verifying the accuracy of the authority cited." Sanctions Order at 2.

5.      The Court further stated that it "will award Plaintiff reasonable attorneys' fees and costs for work done after [SC's] opposition [to the Corrected MSJ] was filed. By October 27, 2025, Mr. Sedlik shall submit a declaration with time records for that work, and he may file the time records ex parte and under seal." Sanctions Order at 3:11-14.

6.      Described herein are the true and correct time records for work I performed to uncover and subsequently address the numerous fabricated case citations and fake quotations contained in the Corrected MSJ.

7.      I certify to the Court that I have included only the time for my work that was directly related to addressing the inclusion of the fabricated case citations and fake quotations in MPH's Corrected MSJ (the "Sanctioned Conduct"). I have removed or excluded any time for work relating to any other subjects or tasks performed that relate to this litigation. I further certify that I actually performed the work described herein and that the time billed for such work accurately reflects (or, in many cases, substantially underrepresents) the true time I spent

addressing the Sanctioned Conduct. Lastly, I further certify that my client, Support Community, Inc., was billed for and paid the charges associated with the time described herein, in full and without any deletions, modifications or discounts.

8.    My standard billing rate is $725/hour, which I believe to be fair and reasonable based on my extensive work history of nearly thirty years of complex litigation experience as an attorney with large, international law firms including Dewey Ballantine, LLP and White & Case LLP, often practicing in this District. At both Dewey Ballantine and White & Case I worked on and led cases worth hundreds of millions of dollars, primarily concerning high stakes, complex technology, copyright and trade secret litigation matters. After leaving White & Case, I led and oversaw complex, high stakes litigation matters as in-house counsel for The Wonderful Company and Toshiba America Information Systems, including managing and supervising large, complex patent, trade secret and product liability matters. Since early 2016, my firm, SedlikGroup, P.C., has been providing legal services in multifaceted litigation matters throughout California state and federal courts, including appellate courts. My clients routinely express to me that they use my firm because I have the same (or better) experience, training and work background of senior partners at large, international firms and can provide sophisticated legal representation at much lower hourly rates than the rates being charged by my peers.

9.    Hourly rates similar to mine have been considered and approved in other matters before this District and this Circuit. See, e.g., Hardy v. Embark Tech., Inc., 2024 WL 1354416, at *9 (N.D. Cal. Mar. 29, 2024) ("Class Counsel's current rates rang[ing] from $900 for partners, and $450-$550 for associates" were "generally in line with rates prevailing in this community for similar services by lawyers of reasonably comparable skill, experience and reputation." (citing Hefler v. Wells Fargo & Co., 2018 WL 6619983, at *14 (N.D. Cal. Dec. 18, 2018) (approving rates from $650 to $1,250 for partners or senior counsel, and $400 to $650 for associates) and In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prod. Liab. Litig., No. 2672 CRB (JSC), 2017 WL 1047834, at *5 (N.D. Cal. Mar. 17, 2017) (billing rates ranging from $275 to $1600 for partners, $150 to $790 for associates, and $80 to $490 for paralegals reasonable "given the complexities of this case and the extraordinary result achieved for the Class."))); Arnold v. DMG

Mori USA, Inc., 2022 WL 18027883, at *1, *4 (N.D. Cal. Dec. 30, 2022) (Donato, J.) ("The claimed 2021 billing rates of $950 and $550 are in line with prevailing rates in this District, and so are reasonable.").

10. I have previously provided sworn declarations to this Court describing in detail my discovery of the fabricated cases and fake quotations contained in the Corrected MSJ and will not re-hash or repeat that narrative here as I believe the Court is well aware of the relevant background facts. See Docket Nos. 84, 84-1, 90, 90-1.

11. As shown below and in the attached invoices, the total amount of attorneys' fees and costs incurred by Support Community as a direct result of the Sanctioned Conduct is $25,021.25. I believe that this amount, while substantial, accurately and fairly represents the reasonable attorneys' fees and costs incurred by Support Community to uncover, analyze, assess and address the Sanctioned Conduct. Of course, the majority of the fees and costs were incurred as a direct result of needing to respond to various motions that arose as a result of the Sanctioned Conduct, including the Motion to Withdraw, the Court's OSC following MPH's Motion to Withdraw, as well as MPH's subsequent administrative motions seeking to file additional documents relating to the Motion to withdraw and the OSC, as well as this declaration, which the Court specifically ordered me to file in its ruling on the OSC.

12. As stated above and at the recent OSC hearing before this Court, none of this work would have been necessary if not for the Sanctioned Conduct. Further, I strongly believe that all of the work described below was both necessary and appropriate in addressing and responding to the Sanctioned Conduct, including conducting extensive written and oral discussions with opposing counsel, communicating with my client regarding these discussions, and submitting numerous pleadings to this Court relating to the Sanctioned Conduct, none of which related to the substance of the underlying litigation. To confirm this, I have performed a "but for" analysis for each of the time entries to confirm that my client would not have incurred the associated attorneys' fees or costs "but for" the Sanctioned Conduct.

13. The following table contains detailed descriptions of the work I performed relating to uncovering and addressing the Sanctioned Conduct. The descriptions and other time records

are copied verbatim from my firm's actual invoices submitted to and paid by Support Community (as redacted only to remove time entries unrelated to this declaration as well as certain other irrelevant information). True and correct copies of the actual invoices reflecting the quoted time entries are attached hereto as Exhibit A.

| Date | Description | Hours | Total | Comments |
|------|-------------|-------|-------|----------|
| 8/5/25 | ███████████████ | 1.8 | $1305 | This referenced review was conducted <u>after</u> the discovery of the fraudulent citations. References to "PM" are to Dr. Patrick Morrison, CEO of SC |
| 8/7/25 | ███████████████ | 1.6 | $1160 | References to "JR" are to Jack Russo. |
| 8/8/25 | ███████████████ | 3.75 | $2718.75 | Again, the referenced "review" was conducted solely for the purposes of identifying and confirming fabricated citations and fake quotations. The Corrected MSJ contained approximately 44 cases and each case, along with each citation and quotation, was individually analyzed. |
| 8/10/25 | ███████████████ | 1.30 | $942.50 | |

-5-

| Date | Description | Hours | Total | Comments |
|------|-------------|-------|-------|----------|
| 8/11/25 | | 1.75 | $1268.75 | |
| 8/12/2025 | | ~~3.65~~ 2.50 | ~~$2646.25~~ $1812.50 (adjusted) | Adjusted billed time and amount to remove time spent on work relating to ▮ |
| 8/17/25 | | 2.40 | $1740 | |
| 8/18/2025 | | 6.75 | $4893.75 | |
| 9/10/25 | | ~~.40~~ .20 | ~~$290~~ $145 (adjusted) | Adjusted billed time and amount to remove time spent relating to ▮ |
| 9/11/25 | | .30 | $217.50 | |

-6-

| Date | Description | Hours | Total | Comments |
|------|-------------|-------|-------|----------|
| 9/17/25 | ███████████████████ | .80 | $580 | This entry relates to additional pleadings that Mr. Russo sought to file with the Court relating to the OSC re sanctions (which the Court ultimately rejected) |
| 9/18/25 | ███████████████████ | .6 | $435 | |
| 9/23/25 | ███████████████████ | 3.75 | $2718.75 | |
| 9/25/25 | ███████████████████ | 2.4 | $1740 | |
| 9/26/25 | ███████████████████ | 1.2 | $870 | |

| Date | Description | Hours | Total | Comments |
|------|-------------|-------|-------|----------|
| 10/6/25 | ███████████ | .3 | $217.50 | |
| 10/24/25 | ███████████ | 2.9 | $2102.50 | |
| 10/27/25 | Expected filing fees relating to attorney service's filing of Sedlik Declaration under seal pursuant to Court's order. | | $153.75 | Based on estimated fees for attorney service preparation and in-person filing of documents under seal directly with Court. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Manhattan Beach, California, on October 27, 2025.

_____/s/_____

Gary S. Sedlik

# EXHIBIT A



**Invoice To:**
Support Community, Inc.
2083 N. TOPANGA CANYON BLVD.
TOPANGA, CA 90290

# INVOICE

██████████
Date: 08/15/2025
Due Upon Receipt

| Invoice Number | Total |
|---|---|
| ██ | ██████ |
| Subtotal | ██████ |
| Tax | ████ |
| **Amount Due** | ██████ |

Sedlik Decl. Exh A Page 1



# INVOICE

████████

Date: 08/15/2025
Due Upon Receipt

Support Community, Inc.
2083 N. TOPANGA CANYON BLVD.
TOPANGA, CA 90290

## 00032-Support Community, Inc.
**Client Reference Number:**

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| ███ | ████████ | ██ | ███ | ███ |
| ███ | ████████ | ██ | ███ | ███ |
| ███ | ████████ | ██ | ███ | ███ |
| ███ | ████████ | ██ | ███ | ███ |
| ███ | ████████ | ██ | ███ | ██ |
| ███ | ████████ | ██ | ███ | ███ |
| ███ | ████████ | ██ | ███ | ██ |
| ███ | ████████ | ██ | ███ | ███ |
| ███ | ████████ | ██ | ███ | ██ |

████████ - 00032-Support Community, Inc. - 08/15/2025



## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| ██ | ██████ | ██████ | ██ | ██████ |
|  |  |  | ████████ | ████ |
|  |  |  | ████████ | ████ |

Payment is due upon receipt.
Thank you for your business!

Payment is due upon receipt.

 PAID

Sedlik Decl. Exh A Page 3

## Remittance Advice

| Checking Information | |
|---|---|
| **Remit checks to:** | SedlikGroup, P.C.<br>P.O. Box 3238<br>Manhattan Beach, CA 90266 |

| Wire Transfer Information | |
|---|---|
| **Bank ABA/Routing #:** | ████████████████████ |
| ████████████████ | |
| **SWIFT:** | CITIUS33 |

Please include the invoice number as an additional reference so we may accurately identify and apply your payment.



**Invoice to:**
Support Community, Inc.
2083 N. TOPANGA CANYON BLVD.
TOPANGA, CA 90290

# INVOICE

██████████
Date: 10/24/2025
Due Upon Receipt

| Invoice Number | Total |
|---|---|
| ██ | ████ |

Sedlik Decl. Exh A Page 5



# INVOICE

Date: 10/24/2025
Due Upon Receipt

Support Community, Inc.
2083 N. TOPANGA CANYON BLVD.
TOPANGA, CA 90290

## 00032-Support Community, Inc.
**Client Reference Number:**

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |
| ███ | █████ | ██ | ███ | ███ |



## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| ████ | ████████ | ███████ | ████ | ████████ |
|  |  |  | █████████ | ████████ |
|  |  |  | █████████ | ████████ |

Payment is due upon receipt.
Thank you for your business!

<span style="color:red">**PAID**</span>

Payment is due upon receipt.

## Remittance Advice

**Checking Information**

**Remit checks to:**  SedlikGroup, P.C.
P.O. Box 3238
Manhattan Beach, CA 90266

**Wire Transfer Information**



Please include the invoice number as an additional reference so we may accurately identify and apply your payment.

Sedlik Decl. Exh A Page 9