UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPPORT COMMUNITY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MPH INTERNATIONAL LLC,<br><br>  Defendant. | Case No.  23-cv-04911-JSW<br><br>**ORDER AWARDING ATTORNEYS' FEES AS SANCTIONS AND REQUIRING PROOFS OF SERVICE PER ORDER AT DOCKET 97**<br><br>Re: Dkt. Nos. 97-99 |

This matter comes before the Court following the Court's Order granting, in part, Defendant's administrative motion to withdraw its motion for summary judgment and awarding Plaintiff its attorneys' fees for work done after it filed its opposition to the motion.  The Court has reviewed Mr. Sedlik's declaration detailing those fees, and it finds both the hourly rate and the amount incurred reasonable.

Accordingly, counsel for MPH International, LLC shall pay Support Community, Inc. through its counsel $25,021.25, within thirty (30) days of this Order.  In addition, the Court Ordered "Mr. Russo to self-report by sending a copy this Order to the State Bar of California and to serve a copy on his client," and to file proofs of service by October 27, 2025.  Mr. Russo has not complied with that deadline.  Mr. Russo shall file those proofs of service by February 20, 2026, or the Court shall issue an Order to Show Cause why it should not impose monetary sanctions for failure to comply with its Order.

**IT IS SO ORDERED**.

Dated: February 10, 2026

_____
JEFFREY S. WHITE
United States District Judge