UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPPORT COMMUNITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MPH INTERNATIONAL LLC, <br><br> Defendant. | Case No. 23-cv-04911-JSW <br><br> **ORDER STRIKING MOTION AND REQUIRING PARTIES TO MEET AND CONFER AND SUBMIT JOINT LETTER BRIEF** <br><br> Re: Dkt. No. 107 |

Plaintiff has filed a motion for a protective order to preclude discovery of its trade secrets. This is a discovery dispute. Accordingly, the Court strikes the motion. The parties shall meet and confer as that term is defined in the Northern District Civil Local Rules and shall submit a joint letter brief that sets forth their respective positions on the dispute. *See* Judge White's Civil Standing Order ¶ 7. For sake of clarity, that joint letter brief shall not exceed eight pages and any exhibits shall not exceed twelve pages. Those page limits refer to the totality of the brief and exhibits, not limits for each party's position.

**IT IS SO ORDERED**.

Dated: February 25, 2026

_____
JEFFREY S. WHITE
United States District Judge