Gary S. Sedlik, Esq. (CA Bar No. 181192)
SEDLIKGROUP, P.C.
124 Marine Ave. (Mailing - P.O. Box 3238)
Manhattan Beach, CA 90266
Phone: (310) 439-9986
Email: gary@sedlikgroup.com

Attorneys for Plaintiff and Counterclaim Defendant
Support Community, Inc.

Jack Russo (Cal. Bar No. 96068)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800 office
jrusso@computerlaw.com

Attorney for Defendant
and Counterclaimant MPH International LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUPPORT COMMUNITY, INC., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MPH INTERNATIONAL LLC, a Nevada Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants<br><br>---<br><br>AND RELATED COUNTERCLAIMS | Case No. 23-cv-04911-JSW<br><br>Before the Hon. Jeffrey S. White, U.S. District Judge<br><br>ORDER GRANTING<br><br>**JOINT STIPULATION AND REQUEST FOR COURT ORDER GRANTING LIMITED STAY TO PERMIT FINALIZATION OF SETTLEMENT; [PROPOSED] ORDER**<br>AND SETTING STATUS CONFERENCE<br><br>Trial Date: September 14, 2026 |

TO THE HONORABLE JEFFREY S. WHITE:

The parties submit this Stipulation pursuant to Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California.

**WHEREAS**, the parties have engaged in settlement discussions and as a result have executed a formal settlement agreement that requires certain actions to be taken no later than March 31, 2026;

**WHEREAS**, the parties desire to briefly stay the current litigation and all related deadlines and dates to permit the parties to take the actions necessary to effectuate the settlement without incurring additional litigation-related expenses or burdening the Court with motions that may be required to be filed pursuant to the Court's current Scheduling Order; and

**WHEREAS**, the parties believe that a brief stay of the action up to and including April 6, 2026, including the suspension of all current Court deadlines and statutory deadlines, will permit the parties to finalize all necessary provisions of the settlement agreement to fully effectuate the parties' settlement;

**WHEREAS**, the parties have not previously requested any time modification in the case;

**WHEREAS**, the requested stay will affect both the current fact discovery cutoff and expert discovery cutoff as currently mandated in the Court's Scheduling Order, and may therefore also affect other related pre-trial dates and motion deadlines if the parties are unable to effectuate the settlement agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL FOR THE PARTIES:

1. The parties jointly stipulate and request from the Court an order issuing a stay of the entire action and suspension of all current Court-ordered and statutory deadlines, up to and including April 6, 2026.

2.  The parties jointly request that the Court set a further Case Management Conference for a date after April 6, 2026 for the parties to provide a status update to the Court if a joint request for dismissal has not been filed by that date.

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

Dated:     February 27, 2026

Respectfully submitted,

SEDLIKGROUP, P.C.

By:  ___/s/_____
         Gary S. Sedlik

Attorneys for Plaintiff and Counterclaim Defendant Support Community, Inc,

Dated:     February 27, 2026

COMPUTERLAW GROUP LLP

By:  ___/s/_____
         Jack Russo

Attorneys for Defendant and Counter-Claimant MPH International LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.     If the parties have not dismissed this case by May 1, 2026, they shall file a joint status report on that date and shall appear for a status conference on May 8, 2026 at 9:00 a.m.  The Court VACATES all pending deadlines in the interim.

Dated:March 2, 2026     _____
                                       Hon Jeffrey S. White, United States District Judge

-3-